**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GRETA JOHNSON,

    Plaintiff,

vs.

AMERICAN RED CROSS and MARY DOWNS, L.P.N.,

    Defendants.

Civil Action No. 2:08-cv-15130

Honorable Julian Abele Cook

---

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Jill M. Wheaton (P49921) |
| Arnold J. Matusz (P33203) | K. J. Miller (P62014) |
| **FIEGER, FIEGER, KENNEY, JOHNSON & GIROUX, P.C.** | **DYKEMA GOSSETT PLLC** |
| | Attorneys for Defendants |
| 19390 West Ten Mile Road | 2723 South State Street, Suite 400 |
| Southfield, MI 48075 | Ann Arbor, MI 48104 |
| (248) 355-5555 | (734) 214-7660 |
| amatusz@fiegerlaw.com | jwheaton@dykema.com |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

    IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES that this action be dismissed, with prejudice and without costs to either party..

| | |
|---|---|
| s/ Arnold J. Matusz    . | s/Jill M. Wheaton |
| Arnold J. Matusz (P33203) | Jill M. Wheaton (P49921) |
| Attorney for Plaintiffs | Attorney for Defendants |
| amatusz@fiegerlaw.com | jwheaton@dykema.com |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GRETA JOHNSON,

    Plaintiff,

vs.

AMERICAN RED CROSS and MARY DOWNS, L.P.N.,

    Defendants.

Civil Action No. 2:08-cv-15130

Honorable Julian Abele Cook

---

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Jill M. Wheaton (P49921) |
| Arnold J. Matusz (P33203) | K. J. Miller (P62014) |
| **FIEGER, FIEGER, KENNEY, JOHNSON & GIROUX, P.C.** | **DYKEMA GOSSETT PLLC** |
| | Attorneys for Defendants |
| 19390 West Ten Mile Road | 2723 South State Street, Suite 400 |
| Southfield, MI 48075 | Ann Arbor, MI 48104 |
| (248) 355-5555 | (734) 214-7660 |
| amatusz@fiegerlaw.com | jwheaton@dykema.com |

---

### **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

    The parties having signed a Stipulation of Dismissal With Prejudice and Without Costs, and being otherwise fully advised;

    IT IS HEREBY ORDERED THAT this matter is hereby dismissed with prejudice and without costs to either party.

Dated:  June 11, 2009              S/Julian Abele Cook, Jr.
                                                 Hon. Julian Abel Cook, Jr.
                                                 United States District Court Judge